JUDGE LYNCH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>-against-<br><br>SERVICES FOR THE UNDERSERVED, INC., a New York corporation,<br><br>Defendant. | CIVIL ACTION NO. 07 CIV 6478<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |



JUL 17 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure Rule 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Philadelphia Indemnity Insurance Company certifies that the following are corporate parents, affiliates and/or subsidiaries of said party that are publicly held: The shares of Philadelphia Consolidated Holding Corporation, the corporate parent of Plaintiff Philadelphia Indemnity Insurance Company, are publicly-held and traded on the NASDAQ.

Date: July 17, 2007

Christopher T. Bradley

Attorney Bar Code: CTB-4725